## SOLOMON v. MEYERS et al.

(Supreme Court, Appellate Term.   October 5, 1898.)

APPEAL—REVIEW.
Where the question of fact involved is a close one, and the verdict is not against the weight of the evidence, it will not be disturbed.

Appeal from Fourth district court.

Action by Felix Solomon against Carrie Meyers and another. There was a judgment for plaintiff, and defendants appeal. Affirmed.

Argued before BEEKMAN, P. J., and GILDERSLEEVE and GIEGERICH, JJ.

Wasserman & Jacobus, for appellants.
A. P. Wagener, for respondent.

PER CURIAM. The question of fact involved in this case was a very close one, and was decided by the jury in favor of the plain-

tiff. It cannot be said that their verdict was against the weight of evidence, and it should not therefore be disturbed. The judge's charge fairly presented the issue which was to be determined, and correctly instructed the jury upon the law of the case. We have examined the exceptions taken by the counsel for the defendants, which are disclosed by the record, and are of the opinion that they do not disclose error for which the judgment should be reversed.

Judgment affirmed, with costs.